UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANOVER AMERICAN INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>HI-SCHOOL PHARMACY SERVICES, LLC, a Washington corporation, and HI-SCHOOL PHARMACY, INC., a Washington corporation,<br><br>Defendants. | No. 3:24-cv-05752<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE SCHEDULE DEADLINES** |

## I. <u>ORDER</u>

Based upon the Parties' Stipulation to Continue Initial Case Schedule Deadlines and the records and filings herein as follows:

| **Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | January 9, 2025 | March 10, 2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | January 16, 2025 | March 17, 2025 |
| Combined Joint Status Report and Discovery Plan pursuant to FCRP 26(f) and LCR 26(f) | January 23, 2025 | March 24, 2025 |

ORDER GRANTING STIPULATION TO CONTINUE INITIAL DISCLOSURES, JOINT STATUS REPORT AND DISCOVERY PLAN DEADLINES – 1
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

1  It is ordered that the Stipulation to Continue Initial Case Schedule Deadlines is
2  GRANTED.

3  Dated: January 21, 2025.

---

David G. Estudillo
United States District Judge

FORSBERG & UMLAUF, P.S.

---

Ryan J. Hesselgesser, WSBA #40720
Kara A. Tredway, WSBA #44984
401 Union St., Suite 1400
Seattle, WA  98101
Tel.: 206-689-8500
rhesselgesser@foum.law
ktredway@foum.law
*Attorneys for Plaintiff*

SCHWABE, WILLIAMSON, & WYATT, P.C.

---

Colin Folawn, WSBA #34211
Davis Leigh, WSBA #58825
1420 5th Ave., Suite 3400
Seattle, WA 98101
cfolawn@schwabe.com
dbleigh@schwabe.com
*Attorneys for Defendants Hi-School Pharmacy Inc,
Hi-School Pharmacy Services LLC*

ORDER GRANTING STIPULATION TO CONTINUE INITIAL DISCLOSURES, JOINT STATUS REPORT AND DISCOVERY PLAN DEADLINES – 2
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX